DEFENDANT:      GLENN BEACH

YEAR OF BIRTH:   1960

COMPLAINT FILED?   _____ YES   __x__ NO

      IF YES, PROVIDE MAGISTRATE CASE NUMBER:   _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _____ YES   __x___ NO

OFFENSE:   Count 1: 18 U.S.C. § 201(c)(1)(A), Offering/Paying Illegal Gratuity

LOCATION
OF OFFENSE: LARIMER COUNTY, COLORADO

PENALTIES: Count 1: NMT 2 years imprisonment, a fine of NMT the greater of
             $250,000 or two times the gain or loss from the offense, or both
             imprisonment and a fine; NMT 1year supervised release; $100 special
             assessment; and restitution

AGENTS:  Don Zirkle, VA-OIG; Kristen Varel, FBI; Jared Erwin, IRS-CID

AUTHORIZED BY:   Anna Edgar, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

____ five days or less;  __x__ over five days

THE GOVERNMENT is NOT seeking detention in this case.